## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Whittaker, Marcus

Printed: 01/06/09

Case Number:  08 B 30217
Judge:  Hollis, Pamela S
Filed:  11/5/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:         Ch 7 Conversion:  January 5, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lighthouse Financial Group | Unsecured | 0.00 | 0.00 |
| 2. | Midland Credit Management | Unsecured | 0.00 | 0.00 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 0.00 | 0.00 |
| 4. | T Mobile USA | Unsecured | 0.00 | 0.00 |
| 5. | Devon Financial Services Inc | Unsecured | 0.00 | 0.00 |
| 6. | Countrywide Home Loans Inc. | Secured | | No Claim Filed |
| 7. | Condor Capital Corp | Secured | | No Claim Filed |
| 8. | Cingular Wireless | Unsecured | | No Claim Filed |
| 9. | American General Finance | Unsecured | | No Claim Filed |
| 10. | Condor Capital Corp | Unsecured | | No Claim Filed |
| 11. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 12. | Scotts Lawn Servicing South | Unsecured | | No Claim Filed |
| 13. | Chicago Tribune | Unsecured | | No Claim Filed |
| 14. | DS Waters Of America LP | Unsecured | | No Claim Filed |
| 15. | City of Harvey | Unsecured | | No Claim Filed |
| 16. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 17. | Friedman & Wexler LLC | Unsecured | | No Claim Filed |
| 18. | Imagine | Unsecured | | No Claim Filed |
| 19. | Household Bank FSB | Unsecured | | No Claim Filed |
| 20. | Ice Mountain Spring Water | Unsecured | | No Claim Filed |
| 21. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 22. | Midamerica Cardiovascular Consultants | Unsecured | | No Claim Filed |
| 23. | Sprint Nextel | Unsecured | | No Claim Filed |
| 24. | BMG Jazz Club | Unsecured | | No Claim Filed |
| 25. | Zenith Acquisition | Unsecured | | No Claim Filed |
| 26. | Orkin | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Whittaker, Marcus

Printed: 01/06/09

Case Number:  08 B 30217

Judge:  Hollis, Pamela S

Filed:  11/5/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Payday Loan | Unsecured | | No Claim Filed |
| 28. | Playboy Enterprises Inc | Unsecured | | No Claim Filed |
| 29. | Loyola Medical Center | Unsecured | | No Claim Filed |
| 30. | Oberweis Dairy | Unsecured | | No Claim Filed |
| 31. | Village of Oak Park | Unsecured | | No Claim Filed |
| 32. | State Farm Insurance Co | Unsecured | | No Claim Filed |
| 33. | Sprint | Unsecured | | No Claim Filed |
| 34. | QC Financial Services | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

